# Attachment C

# United States of America
### United States Patent and Trademark Office

# Back on Track Chiropractic & Wellness Center

**Reg. No. 4,025,800**
**Registered Sep. 13, 2011**
**Int. Cl.: 44**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GRAVELY, JANE V (UNITED STATES INDIVIDUAL)
2659 HAMPTON PARK CIRCLE
FOLEY, AL 36535

FOR: CHIROPRACTIC SERVICES; CHIROPRACTICS; CONSULTING SERVICES IN THE FIELDS OF HEALTH AND NUTRITION; MASSAGE THERAPY SERVICES; PHYSICAL REHABILITATION, PHYSICAL THERAPY; PROVIDING ASSISTANCE, FITNESS EVALUATION AND CONSULTATION TO INDIVIDUALS TO HELP THEM MAKE HEALTH, WELLNESS AND NUTRITIONAL CHANGES IN THEIR DAILY LIVING TO IMPROVE HEALTH; WELLNESS AND HEALTH-RELATED CONSULTING SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 6-5-2005; IN COMMERCE 6-5-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHIROPRACTIC & WELLNESS CENTER", APART FROM THE MARK AS SHOWN.

SER. NO. 85-240,882, FILED 2-12-2011.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office